IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | NO. 6:05CR 92 |
| | * | (Judge Schneider/McKee) |
| SAEED ABASI PRUITT | * | |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**COUNT 1**

<u>VIOLATION</u>: 18 U.S.C. § 922(n)
(Receipt of firearm while under indictment)

On or about September 18, 2005, in the Eastern District of Texas, SAEED ABASI PRUITT, Defendant herein, while under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Delivery of a controlled substance, a felony, in Cause Number 32795-B, in the 124th District Court of Gregg County, Texas, did knowingly and unlawfully receive a firearm which had been shipped and transported in interstate commerce, to wit: a Taurus, model PT99AFS, .9mm semi-automatic pistol, bearing serial number TMJ21068D, in violation of Title 18, United States Code, Sections 922(n) and 924.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

As the result of committing the felony offense in violation of Title 18, United States Code, Section 922(n) as alleged in Count 1 of this Indictment, defendant SAEED ABASI PRUITT shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the offense, including but not limited to the following, to-wit:

**a Taurus, model PT99AFS, .9mm semi-automatic pistol, bearing serial number TMJ21068D.**

A TRUE BILL

_____
GRAND JURY FOREPERSON

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

_____
RICHARD L. MOORE
ASSISTANT U. S. ATTORNEY

Date: 10/4/05

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | NO. 6:05CR |
| | * | (Judge _____) |
| SAEED ABASI PRUITT | * | |

## NOTICE OF PENALTY

### COUNT 1

VIOLATION:          18 U.S.C. § 922(n) (Receipt of firearm while under indictment)

PENALTY:          A fine of not more than $250,000.00; imprisonment for not more than five (5) years, or both; a term of supervised release of not more than three (3) years. 18 U.S.C. § 924(a)(1)(D).

SPECIAL ASSESSMENT:    $100.00